# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NORTHEASTERN DIVISION

| | |
|---|---|
| **NORMA JEAN SIDWELL,** | ) |
| **Plaintiff,** | ) |
| | ) No. 2:12-cv-00005 |
| v. | ) Judge Nixon |
| | ) Magistrate Judge Brown |
| **MICHAEL J. ASTRUE,** | ) |
| **Commissioner of Social Security,** | ) |
| **Defendant.** | ) |

## ORDER

Pending before the Court is Plaintiff Norma Jean Sidwell's Motion for Judgment on the Administrative Record ("Motion") (Doc. No. 6), filed along with a Memorandum in Support (Doc. No. 7). Defendant Commissioner of Social Security filed a Response (Doc. No. 10), to which Plaintiff did not reply. Subsequently, Magistrate Judge Brown issued a Report and Recommendation ("Report") recommending that the Motion be denied. (Doc. No. 11 at 12.) The Report was filed on November 15, 2012, and it provided a period of fourteen days in which either party could file an objection. (*Id.*) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion and **AFFIRMS** the decision of the Commissioner. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the 7th day of December, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT